UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Brian Lyons | Chapter 13 |
| Debtor | Bankruptcy No. 25-11080-AMC |

### PRAECIPE TO CHANGE DEBTOR'S ADDRESS

    Brian Lyons, by and through his attorney, Brenna H. Mendelsohn, Esquire, hereby requests to change his mailing and street address as follows:

Old Address: 2491 Dragon Circle, Norristown, PA 19403

New Address: 2491 Dragon Circle, West Norriton, PA 19403-5104

    Respectfully submitted,

BY: */s/ Brenna H. Mendelsohn*
Brenna H. Mendelsohn, Esquire
Mendelsohn & Mendelsohn, P.C.
637 Walnut Street Reading, PA 19601

Dated: April 15, 2025