UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Brian Lyons                                Case Number 25-11080-AMC
     Debtor                                      Chapter 13

CERTIFICATE OF SERVICE

I, Brenna H. Mendelsohn, hereby certify that I served a copy of the notice (praecipe) to change debtor's address upon the Debtor, the Matrix Creditors, the Secured and Priority creditors that filed a proof of claim to the address provided on the claim and the following individuals at the addresses listed below by certified mail and/or by electronic means, including any creditors that filed for Notice on Pacer on April 15, 2025.

Respectfully Submitted,

Dated: April 15, 2025                          By: /s/ Brenna H. Mendelsohn
                                                Brenna H. Mendelsohn, Esquire