**MARCUS & HOFFMAN, P.C.**
**BY: MICHELLE J. CUNNINGHAM, ESQUIRE**
**Attorney Identification No. 208793**
326 West State Street
Media, PA  19063
(610) 565-4660
**Attorney for Creditor**

---

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRCT OF PENNSYLVANIA

---

| | | |
|---|---|---|
| IN RE: | : | **CASE NO.  25-11080** |
| **BRIAN LYONS** | : | **Chapter 13** |

---

### PRAECIPE TO WITHDRAW

---

AND NOW, this <u>7th</u> day of August 2025, comes Michelle J. Cunningham, attorney for Creditor, Norrington Knoll Homeowners Association, and requests that the Association's Objections to the Chapter 13 Plan filed on or about August 4, 2025, be withdrawn, as all issues have been resolved.

<u>Dated: 8/7/2025</u>                                  **MARCUS & HOFFMAN, P.C.**

*Michelle J Cunningham*

_____
**MICHELLE J. CUNNINGHAM, ESQUIRE**
**Attorney for Plaintiff**