United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-11080-amc |
| Brian J. Lyons | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 18, 2025 | Form ID: 155 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Brian J. Lyons, 2491 Dragon Circle, West Norriton, PA 19403-5104 |
| 14989159 | | Midland Funding, 8874 aERO dR, Suite 200, San Diego, CA 92123 |
| 14989160 | + | Norrington Knoll Homeowners Association, c/o Michelle J. Cunningham, Esq., 326 West State Street, Media, PA 19063-3861 |
| 14991553 | + | Norrington Knoll Homeowners Association, c/o Michelle J. Cunningham, Esquire, 326 West State Street, Media, PA 19063-3861 |
| 15033287 | + | The Gwynedd Club Condominium Association, c/o Michelle J. Cunningham, Esquire, 326 W. State Street, Media, PA 19063-3861 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14989151 | | Email/Text: membersolutions@ardentcu.org | Aug 19 2025 01:37:00 | Ardent Federal Credit, P.o. Box 7480, Philadelphia, PA 19101 |
| 15015019 | + | Email/Text: csc.bankruptcy@amwater.com | Aug 19 2025 01:37:00 | American Water, Pennsylvania American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 14989154 | + | Email/Text: BKPT@cfna.com | Aug 19 2025 01:37:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 14995519 | | Email/Text: BKPT@cfna.com | Aug 19 2025 01:37:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 14989153 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 19 2025 01:12:42 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 15000342 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 19 2025 01:12:32 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15011228 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 19 2025 01:12:30 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14989155 | + | Email/Text: mrdiscen@discover.com | Aug 19 2025 01:37:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14989156 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 19 2025 01:37:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14989158 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 19 2025 01:37:00 | Lakeview Loan Servicing, 4425 Ponce de Leon MS 5-251, Miami, FL 33146-1839 |
| 14991636 | ^ | MEBN | Aug 19 2025 00:32:30 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15000151 | ^ | MEBN | Aug 19 2025 00:32:28 | Lakeview Loan Servicing, LLC, c/o M&T Bank, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | P.O. Box 840, Buffalo, NY 14240-0840 |
| 14991233 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 19 2025 01:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14990209 | | Email/Text: bnc-quantum@quantum3group.com | Aug 19 2025 01:37:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14989161 | + | Email/Text: ECMCBKNotices@ecmc.org | Aug 19 2025 01:37:00 | U.S. Department of Education, Ecmc/Attn: Bankruptcy, P.O. Box 16408, Saint Paul, MN 55116-0408 |
| 14990639 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 19 2025 01:11:26 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 15023017 | | Email/Text: EDBKNotices@ecmc.org | Aug 19 2025 01:37:00 | US Department of Education, PO Box 16448, Saint Paul MN 55116-0448 |
| 15006041 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 19 2025 01:11:54 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 18

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14989152 | *P++ | ARDENT CREDIT UNION, 1500 SPRING GARDEN STREET, STE 500, PHILADELPHIA PA 19130-4070, address filed with court:, Ardent Federal Credit, P.o. Box 7480, Philadelphia, PA 19101 |
| 14989157 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14989162 | *+ | U.S. Department of Education, Ecmc/Attn: Bankruptcy, P.O. Box 16408, Saint Paul, MN 55116-0408 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2025         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Brian J. Lyons tobykmendelsohn@comcast.net |
| DENISE ELIZABETH CARLON | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| MATTHEW K. FISSEL | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MICHELLE J. CUNNINGHAM | |

on behalf of Creditor Norrington Knoll Master Association mcunningham@marcushoffman.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*Form 155* (2/24)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Brian J. Lyons  )  Case No. 25−11080−amc
     )
     )
   Debtor(s).  )  Chapter: 13
     )
     )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

   **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: August 13, 2025

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court