| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 25-11080-AMC

| | |
|---|---|
| Brian J. Lyons | Petition Filed Date: 03/20/2025 |
| 2491 Dragon Circle | 341 Hearing Date: 04/25/2025 |
| West Norriton  PA    19403 | Confirmation Date: 08/13/2025 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/01/2025 | $650.00 | | 06/03/2025 | $650.00 | | 07/08/2025 | $650.00 | |
| 07/31/2025 | $650.00 | | | | | | | |

**Total Receipts for the Period:  $2,600.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $2,600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $4,100.00 | $2,457.00 | $1,643.00 |
| 1 | QUANTUM3 GROUP LLC<br>»»  001 | Unsecured Creditors | $5,141.91 | $0.00 | $5,141.91 |
| 2 | US DEPARTMENT OF HUD<br>»»  002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS)<br>»»  03P | Priority Crediors | $8,938.70 | $0.00 | $8,938.70 |
| 4 | UNITED STATES TREASURY (IRS)<br>»»  03U | Unsecured Creditors | $76,855.78 | $0.00 | $76,855.78 |
| 5 | PA DEPARTMENT OF REVENUE<br>»»  04P | Priority Crediors | $1,171.57 | $0.00 | $1,171.57 |
| 6 | PA DEPARTMENT OF REVENUE<br>»»  04U | Unsecured Creditors | $189.55 | $0.00 | $189.55 |
| 7 | NORRINGTON KNOLL HOA<br>»»  005 | Secured Creditors | $2,959.50 | $0.00 | $2,959.50 |
| 8 | CREDIT FIRST NA<br>»»  006 | Unsecured Creditors | $897.69 | $0.00 | $897.69 |
| 9 | M&T BANK<br>»»  007 | Mortgage Arrears | $26,611.80 | $0.00 | $26,611.80 |
| 10 | VERIZON BY AIS AS AGENT<br>»»  008 | Unsecured Creditors | $101.74 | $0.00 | $101.74 |
| 11 | CAPITAL ONE AUTO FINANCE<br>»»  009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | PENNSYLVANIA AMERICAN WATER<br>»»  010 | Unsecured Creditors | $3,030.12 | $0.00 | $3,030.12 |
| 13 | US DEPARTMENT OF EDUCATION<br>»»  011 | Unsecured Creditors | $43,199.71 | $0.00 | $43,199.71 |
| 14 | MIDLAND FUNDING LLC | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | ARDENT CREDIT UNION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | ARDENT CREDIT UNION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | DISCOVER BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 25-11080-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,600.00 | Current Monthly Payment: | $822.26 |
| Paid to Claims: | $2,457.00 | Arrearages: | $822.26 |
| Paid to Trustee: | $143.00 | Total Plan Base: | $48,646.56 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.