UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Brian J. Lyons : Chapter 13
Debtor :
: Bankruptcy No. 25-11080-amc

### ORDER

AND NOW, upon consideration of Debtor's Praecipe to Withdraw Chapter 13 Bankruptcy Petition, it is hereby **ORDERED and DECREED**, that the Bankruptcy Petition filed with the Court on March 20, 2025 is hereby withdrawn without prejudice.

BY THE COURT:

**Date: September 18, 2025**

_____
Ashely M. Chan
United States Bankruptcy Judge