United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 25-11080-amc
Brian J. Lyons | Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Sep 18, 2025 Form ID: pdf900 Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Brian J. Lyons, 2491 Dragon Circle, West Norriton, PA 19403-5104 |
| cr | + | Norrington Knoll Master Association, Marcus & Hoffman, c/o Michelle J. Cunningham, ESQ, 326 W. State Street, Media, pa 19063 UNITED STATES 19063-3861 |
| 14989159 | | Midland Funding, 8874 aERO dR, Suite 200, San Diego, CA 92123 |
| 14989160 | + | Norrington Knoll Homeowners Association, c/o Michelle J. Cunningham, Esq., 326 West State Street, Media, PA 19063-3861 |
| 14991553 | + | Norrington Knoll Homeowners Association, c/o Michelle J. Cunningham, Esquire, 326 West State Street, Media, PA 19063-3861 |
| 15033287 | + | The Gwynedd Club Condominium Association, c/o Michelle J. Cunningham, Esquire, 326 W. State Street, Media, PA 19063-3861 |
| 15048920 | + | West Norriton Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 15048919 | + | West Norriton Township, c/o James R. Wood, Esquire, 2700 Horizon Drive - Suite 100, King of Prussia, PA 19406-2726 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 19 2025 00:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14989151 | | Email/Text: membersolutions@ardentcu.org | Sep 19 2025 00:22:00 | Ardent Federal Credit, P.o. Box 7480, Philadelphia, PA 19101 |
| 15015019 | + | Email/Text: csc.bankruptcy@amwater.com | Sep 19 2025 00:23:00 | American Water, Pennsylvania American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 14989154 | + | Email/Text: BKPT@cfna.com | Sep 19 2025 00:22:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 14995519 | | Email/Text: BKPT@cfna.com | Sep 19 2025 00:22:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 14989153 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Sep 19 2025 00:20:46 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 15000342 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 19 2025 00:21:40 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15011228 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 19 2025 00:19:40 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14989155 | + | Email/Text: mrdiscen@discover.com | Sep 19 2025 00:22:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14989156 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 19 2025 00:22:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 18, 2025 | Form ID: pdf900 | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14989158 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 19 2025 00:22:00 | Lakeview Loan Servicing, 4425 Ponce de Leon MS 5-251, Miami, FL 33146-1839 |
| 14991636 | ^ | MEBN | Sep 19 2025 00:14:14 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15000151 | ^ | MEBN | Sep 19 2025 00:14:02 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14991233 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 19 2025 00:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14990209 | | Email/Text: bnc-quantum@quantum3group.com | Sep 19 2025 00:23:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14989161 | + | Email/Text: ECMCBKNotices@ecmc.org | Sep 19 2025 00:23:00 | U.S. Department of Education, Ecmc/Attn: Bankruptcy, P.O. Box 16408, Saint Paul, MN 55116-0408 |
| 14990639 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 19 2025 00:32:21 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 15023017 | | Email/Text: EDBKNotices@ecmc.org | Sep 19 2025 00:22:00 | US Department of Education, PO Box 16448, Saint Paul MN 55116-0448 |
| 15006041 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 19 2025 00:21:36 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | West Norriton Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14989152 | *P++ | ARDENT CREDIT UNION, 1500 SPRING GARDEN STREET, STE 500, PHILADELPHIA PA 19130-4070, address filed with court:, Ardent Federal Credit, P.o. Box 7480, Philadelphia, PA 19101 |
| 14989157 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14989162 | *+ | U.S. Department of Education, Ecmc/Attn: Bankruptcy, P.O. Box 16408, Saint Paul, MN 55116-0408 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 20, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2025 at the address(es) listed

District/off: 0313-2      User: admin      Page 3 of 3

Date Rcvd: Sep 18, 2025      Form ID: pdf900      Total Noticed: 27

**below:**

| Name | Email Address |
|---|---|
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Brian J. Lyons tobykmendelsohn@comcast.net |
| DENISE ELIZABETH CARLON | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor West Norriton Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| MATTHEW K. FISSEL | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MICHELLE J. CUNNINGHAM | on behalf of Creditor Norrington Knoll Master Association mcunningham@marcushoffman.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Brian J. Lyons | : | Chapter 13 |
| Debtor | : | |
| | : | Bankruptcy No. 25-11080-amc |

**ORDER**

AND NOW, upon consideration of Debtor's Praecipe to Withdraw Chapter 13 Bankruptcy Petition, it is hereby **ORDERED and DECREED**, that the Bankruptcy Petition filed with the Court on March 20, 2025 is hereby withdrawn without prejudice.

**BY THE COURT:**

**Date: September 18, 2025**

_____
Ashely M. Chan
United States Bankruptcy Judge